# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 09-00146-01-CR-W-HFS |
| ) | |
| **LAFONDRA J. BARNES,** ) | |
| ) | |
| **Defendant.** ) | |

## O R D E R

This matter comes before the Court upon the motion of the defendant for a competency examination. The court conducted a hearing on the motion on July 2, 2009, and considered the report of John H. Wisner, M.D., a psychiatrist.

THE COURT HEREBY FINDS by a preponderance of the evidence that defendant is presently suffering from a mental disease or defect to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her own defense.

THE COURT HEREBY ORDERS that the defendant is committed to the custody of the Attorney General, who shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial likelihood that in the foreseeable future the defendant will attain the capacity to permit the trial to proceed.

THE COURT FURTHER ORDERS that if it is determined by the director of the facility where the defendant is hospitalized ("director") that the defendant has recovered to such an extent that she is able to understand the nature and consequences of the proceedings against her

and to assist properly in her defense, the director shall promptly file a certificate to that effect with the clerk of this court.

   THE COURT FURTHER ORDERS that upon the filing of such a certificate by the director, counsel for the parties shall immediately notify the court in writing by way of a written status and shall arrange for a date for the parties to appear in court

                      /s/ Howard F. Sachs
                       HOWARD F. SACHS
                       United States Senior District Judge

Dated: July 22, 2009
    Kansas City, Missouri